\* F. E. DAVIS v. STATE.

No. A-1758.   Opinion Filed December 2, 1912.

Appeal from District Court, Cimarron County;

R. H. Loofbourrow, Judge.

F. E. Davis was convicted of crime, and appeals.   Dismissed.

O. P. Easterwood and Echols & Merrill, for plaintiff in error.

Chas. West, Atty. Gen., and Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.   F. E. Davis, plaintiff in error, was convicted in the district court of Cimarron county of the crime of producing an abortion, and was on the 8th day of December, 1910, duly sentenced to imprisonment in the state penitentiary for two years at hard labor.   An appeal was duly perfected.   The plaintiff in error has filed a request that his appeal be dismissed.   Wherefore the appeal in the above-entitled cause is hereby dismissed, and the cause remanded to the district court of Cimarron county, with directions to enforce the judgment and sentence therein.

\* Omitted from former volume.

TOM BERRY v. STATE.

No. A-2064.   Opinion Filed June 15, 1914.

Appeal from County Court, Stephens County;

J. W. Marshall, Judge.

Tom Berry was convicted of unlawfully conveying intoxicating liquor, and appeals.   Affirmed.

Wilkinson & Morris, for plaintiff in error.

C. J. Davenport, Asst. Atty. Gen., for the State.

PER CURIAM.   Plaintiff in error, Tom Berry, was convicted at the May, 1913, term of the county court of Stephens county on a charge of unlawfully conveying intoxicating liquor from one place in said county to another place therein, and his punishment fixed at thirty days imprisonment in the county jail and a fine of fifty dollars.   A careful examination of the record discloses no error sufficient to justify a reversal of the judgment.   It is therefore affirmed.